

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00180-CR

_____

RONI A. MCKINNEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th Judicial District Court
Gregg County, Texas
Trial Court No. 35845-B

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Roni A. McKinney, appellant, has filed with this Court a motion to dismiss her appeal. The motion is signed by McKinney and by her counsel in compliance with TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.


Bailey C. Moseley
Justice

Date Submitted:     November 25, 2008
Date Decided:      November 26, 2008

Do Not Publish